# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-0421 PSG (PJWx) | Date | May 3, 2011 |
|---|---|---|---|
| Title | The Wine Group, LLC v. USA California Fengshiya Wine Group, Ltd. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:** **(In Chambers) Order DENYING Plaintiff's Request for Entry of Default Judgment**

On March 29, 2011, Plaintiff The Wine Group, LLC ("Plaintiff") filed a Motion for Entry of Default Judgment against Defendant USA California Fengshiya Wine Group, Ltd. ("Defendant"). On February 16, 2011, the clerk entered default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). *See* Dkt. # 9. Plaintiff now seeks a judgment of default against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure ("FRCP"). *See* Local Rules 55-1.

The FRCP and the local rules in the Central District of California require that applications for default judgment set forth the following information: (1) when and against which party default was entered; (2) the identification of the pleadings to which default was entered; (3) whether the defaulting party is an infant or incompetent person, and if so, whether that person is adequately represented; (4) that the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply; and (5) that notice of the application has been served on the defaulting party, if required. Fed. R. Civ. P. 55(b)(2); C.D. Cal. L.R. 55-1; *see also Philip Morris USA, Inc. v. Castworld Products, Inc.*, 219 F.R.D. 494, 498 (C.D. Cal. 2003).

Having read and considered Plaintiff's application, the Court finds that Plaintiff has not satisfied the procedural requirements for default judgment. Specifically, Plaintiff failed to comply with Local Rule 55-1, which requires that Plaintiff's application for default judgment be accompanied by a declaration in compliance with Rule 55(b)(2)(1) and/or (2), including the five items noted above. Accordingly, the Court concludes that entry of default judgment is inappropriate at this time. Plaintiff's motion is hereby DENIED without prejudice.

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#13**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-0421 PSG (PJWx) | Date | May 3, 2011 |
|---|---|---|---|
| Title | The Wine Group, LLC v. USA California Fengshiya Wine Group, Ltd. | | |

**IT IS SO ORDERED.**